OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2006

Roger A. Akin, Esq.
Akin & Herron, P.A.
1220 North Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

      RE:    Vergason Technology v. Masco Corporation et al.
                Civil Action No. 95-286 JJF

Dear Counsel:

      The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

      Please advise me no later than February 6, 2006 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

                         Very truly yours,
                         Peter T. Dalleo, Clerk

                         Anita Bolton
                         Courtroom Deputy

Pltf. _____    date _____

Deft. _____    date _____3-16-06_____